```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
LINDA SLADE, on behalf of himself and
all other persons similarly situated,

                      Plaintiff,

         -against-

IM PRO MAKEUP NY L.P.,

                      Defendant.
---------------------------------------------------------------X

23-CV-6078 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Voluntary Dismissal filed on September 29, 2023 (doc. no 8) the Initial Case Management Conference currently scheduled for **October 12, 2023** is hereby adjourned *sine die*.

                     **SO ORDERED.**

DATED:    New York, New York
              October 2, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge